STUART RABNER
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for <u>Potential</u> State Defendants
 Grace Rogers and Bernard Goodwin

By:  Dewan N. Arefin
     Deputy Attorney General
     (609) 633-7786

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| CLARENCE FEASTER, | : | HON. KATHARINE S. HAYDEN, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 07-578 (KSH) |
| v. | : | **ORDER** |
| GEORGE HAYMAN, ET AL., | : | |
| Defendants. | : | |
| | : | |

This matter having come before the Court on a motion by Stuart Rabner, Attorney General of New Jersey, by Dewan N. Arefin, Deputy Attorney General, appearing on behalf of State defendants Grace Rogers and Bernard Goodwin, pursuant to <u>Fed. R. Civ. P. 6(b)(1)</u>, and the court having considered the papers submitted herein, this matter being decided under <u>Fed. R. Civ. P.</u> 78, and for good cause shown;

IT IS on this 7 day of May, 2007

ORDERED that State defendants, Grace Rogers and Bernard Goodwin, are hereby granted leave to ~~answer~~, move or otherwise reply within 30 days from the date of this Order.

_____
Hon. Katharine S. Hayden, U.S.D.J.