UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CLARENCE FEASTER | : | |
| Plaintiff | : | Civil Action No. 07-578(KSH) |
| v. | : | |
| GEORGE HAYMAN, et al. | : | ORDER |
| Defendant | : | |

This matter having come before the Court by way of motion for an extension of time to file an Answer or otherwise respond to the Complaint;

and the Complaint making allegations concerning an alleged failure to protect those at Avenel from an allegedly contagious condition;

and the Affidavit submitted in support of the motion appearing to make reference to a claim involving "strip searches," see Declaration of Dewan N. Arefin, dated June 26, 2007, at ¶ 3, which does not appear to be a part of this case;

and the Court now seeking clarification for this submission;

IT IS THEREFORE ON THIS 13th day of July, 2007

ORDERED that, no later than **July 19, 2007**, the defendants shall submit a Declaration that explains why there is reference to "strip searches" in the Declaration of Dewan N. Arefin, dated June 26, 2007.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE